**FORM 3**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| TRINA SOLAR (VIETNAM) SCIENCE & TECHNOLOGY CO., LTD., TRINA SOLAR ENERGY DEVELOPMENT COMPANY LIMITED, AND TRINA SOLAR CO., LTD.<br><br>               Plaintiffs,<br><br>      v.<br><br>UNITED STATES,<br><br>               Defendant. | Court No. 23-00228 |

TO:   The Attorney General and the Department of Commerce

     **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

                                          /s/ Mario Toscano
                                          Clerk of the Court

1. <u>(Name and standing of plaintiffs)</u>:  Plaintiffs, Trina Solar (Vietnam) Science & Technology Co., Ltd., Trina Solar Energy Development Company Limited, and Trina Solar Co., Ltd., are foreign producers and exporters of the merchandise under inquiry, certain crystalline silicon photovoltaic ("CSPV") cells, whether or not assembled into modules, completed in the Socialist Republic of Vietnam ("Vietnam"), using parts and components produced in the People's Republic of China.

   Plaintiffs were active participants in the anti-circumvention inquiry proceeding that led to the determination being challenged.  Plaintiffs therefore have standing to bring this action pursuant to 19 U.S.C. §1516a(d) and 28 U.S.C. §2631(c) as interested parties that were parties to the proceeding identified below.

2. <u>(Brief description of contested determination)</u>:  Plaintiffs contest the final determination of the U.S. Department of Commerce that certain CSPV cells and modules are being exported from Vietnam to the United States by Trina Solar (Vietnam) Science & Technology Co., Ltd., Trina Solar Energy Development Company Limited, and Trina Solar Co., Ltd. in

circumvention of the antidumping duty and countervailing duty orders on CSPV cells and modules from the People's Republic of China under 19 U.S.C. § 1677j(b).  See <u>Antidumping and Countervailing Duty Orders on Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, From the People's Republic of China: Final Scope Determination and Final Affirmative Determinations of Circumvention With Respect to Cambodia, Malaysia, Thailand, and Vietnam</u>, 88 Fed. Reg. 57,419 (Aug. 23, 2023).  This determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(A)(ii); 19 U.S.C. § 1516a(a)(2)(B)(vi); and 28 U.S.C. § 1581(c).

3. (Date of determination):  The contested determination was issued by the U.S. Department of Commerce on August 17, 2023.  Notice of the Final Determination of Circumvention was mailed to Plaintiffs and all other interested parties via electronic mail on August 18, 2023. Plaintiffs understand that the Commerce Department mailed the determination to interested parties on September 20, 2023.

4. (If applicable, date of publication in Federal Register of notice of contested determination): Not applicable.  Notice of the Final Determination of Circumvention was sent electronically on August 18, 2023.  The contested determination was published in the *Federal Register* on August 23, 2023.  See 88 Fed. Reg. 57,419.  Plaintiffs understand that the Commerce Department mailed the determination to interested parties on September 20, 2023.

> /s/ Jonathan M. Freed
> Robert G. Gosselink
> Jonathan M. Freed
> Kenneth N. Hammer
> MacKensie R. Sugama
> Doris Di
> TRADE PACIFIC PLLC
> 700 Pennsylvania Avenue, SE
> Suite 500
> Washington, DC  20003
> Tel:  (202) 223-3760
> jfreed@tradepacificlaw.com
>
> *Counsel to Plaintiffs*

October 20, 2023
Date

### SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-in-Charge
U.S. DEPARTMENT OF JUSTICE
International Trade Field Office
Commercial Litigation Branch - Civil Division
26 Federal Plaza – Room 346
New York, NY  10278

Jeanne Davidson, Esq.
Director
Commercial Litigation Branch – Civil Division
U.S. DEPARTMENT OF JUSTICE
1100 L Street, NW
Room 12124
Washington, DC  20530

General Counsel
U.S. DEPARTMENT OF COMMERCE
14th Street & Constitution Avenue, NW
Room 5875
Washington, DC  20230

Chief Counsel
Office of the Chief Counsel for Trade Enforcement & Compliance
U.S. DEPARTMENT OF COMMERCE
14th Street and Constitution Ave., NW
Room 3622
Washington, DC 20230

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)