UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| RED SUN ENERGY LONG AN COMPANY LIMITED,<br>    *Plaintiff*,<br>v.<br>UNITED STATES,<br>    *Defendant*,<br>and<br>AUXIN SOLAR INC.,<br>    *Defendant-Intervenor*. | Ct. No. 23-00229<br><br>Before: M. Miller Baker, Judge |

## ORDER

The court grants Plaintiff's unopposed motion to complete and/or supplement the record (ECF 29). No later than 14 days from entry of this order, Defendant shall complete the administrative record in this action to include:

    1.    A copy of all information presented to or obtained by the U.S. Department of Commerce received by Red Sun Energy Long An Company Limited in the anticircumvention inquiries on the *Antidumping and Countervailing Duty Orders on Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled into Modules, from the People's Republic of China*, 88 Fed. Reg. 57,419 (Dep't Commerce Aug. 23, 2023);

    2.    A full memorialization of any and all *ex parte* communications, contacts, and communications with Red Sun related to the above-referenced proceeding; and

2

3. ACCESS confirmation receipts, Workflow communications, and any other communications to or from Red Sun that were omitted from the record transmitted to this court on January 2, 2024.

| | | |
|---|---|---|
| Dated: | May 3, 2024<br>New York, New York | /s/ *M. Miller Baker*<br>M. Miller Baker, Judge |

2